UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:     ROGER NILES LAUDERBAUGH
           LINDA SUE LAUDERBAUGH

DEBTORS                                              CASE NO:  19-90023-BHL-13

## OBJECTION TO CONFIRMATION OF THE PLAN

Comes now the Chapter 13 Trustee, Joseph M. Black, Jr., ("Trustee") and objects to the Plan filed January 8, 2019 for the following reason(s):

1. The Plan is not feasible:
   a. It fails to pay the minimum payment required to the unsecured creditors pursuant to the best interest of creditors' test.
   b. The Trustee calculates the base amount is underfunded by approximately $4,260.00 per the claims filed to date.
2. Debtors indicated at the 341 meeting that they did not have sufficient funds to make the first monthly Plan payment.  The Plan should be amended to prorate the first monthly Plan payment over the remaining term of the Plan.
3. The Plan should be amended to pay the secured claim of Capital One Auto Finance an applicable "Till" rate of interest.
4. Debtors' net tax refunds for calendar year 2017 should be prorated on a monthly basis, and, the monthly prorated amount should be included as income on Schedule I.
5. To avoid unfairly discriminating against general unsecured creditors with dischargeable claims, the Co-Debtor's student loan obligation should only be allowed to be paid direct if the distribution to general unsecured creditors with allowed dischargeable claims reaches 20%.
6. Capital One Auto Finance has filed an objection to confirmation.

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.***

WHEREFORE, the Trustee requests the Court deny confirmation of the Plan.

Dated: February 26, 2019                              Respectfully Submitted,

                                                             */s/ Joseph M. Black, Jr.*
                                                    Joseph M. Black, Jr.
                                                    Chapter 13 Standing Trustee
                                                    PO Box 846
                                                    Seymour, IN  47274
                                                    Phone:  (812) 524-7211
                                                    Fax:     (812) 523-8838
                                                    Email:   jblacktrustee@trustee13.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2019, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | |
|---|---|
| MARK S. ZUCKERBERG<br>COUNSEL FOR DEBTORS | filings@mszlaw.com |
| ALAN W. MCEWAN<br>COUNSEL FOR MIDFIRST BANK | bankruptcy@doylefoutty.com |
| EVAN L. MOSCOV<br>COUNSEL FOR CAPITAL ONE AUTO FIN. | evan.moscov@moscovlaw.com |
| U.S. TRUSTEE | ustpregion10.in.ecf@usdoj.gov |

I further certify that on February 26, 2019, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

Linda S. Lauderbaugh
Roger N. Lauderbaugh
P.O. Box 726
North Vernon, IN 47265

                                                          */s/ Joseph M. Black, Jr.*
                                                    Joseph M. Black, Jr., Trustee

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.***