# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | ROGER NILES & LINDA SUE LAUDERBAUGH |
| **Case Number:** | 19-90023-BHL-13      **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MARCH 19, 2019 02:00 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | AMY MASSEY |
| **Reporter / ECR:** | AMY MASSEY |

### *Matters:*

1) Confirmation Hearing on Capital One Auto Finance's Objection to Confirmation of Chapter 13 Plan [2], [18]
   **R / M #:**   0 / 0

2) Confirmation Hearing on Trustee's Objection to Confirmation of Chapter 13 Plan [2], [22]
   **R / M #:**   0 / 0

### *Appearances:*

JOSEPH M. BLACK, TRUSTEE
STACY WISSEL, ATTORNEY FOR ROGER NILES LAUDERBAUGH, LINDA SUE LAUDERBAUGH
DIANE HAGUE, ATTORNEY FOR CAPITAL ONE AUTO FINANCE, A DIVISION OF

### *Proceedings:*

(1-2) Disposition:  Hearing Held.  Confirmation is Denied.  Debtor is given 60 days to file an Amended Plan.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**