UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ROGERS NILE LAUDERBAUGH ) | CASE NO. 19-90023-AKM13 |
| LINDA SUE LAUDERBAUGH ) | |
| Debtors. ) | |

### DEBTORS' OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Comes now Debtor(s), by counsel, and hereby file their Objection to the Motion to Dismiss by the Trustee, and in support thereof state the following:

1. The Chapter 13 Trustee filed a Motion to dismiss on August 27, 2019 for failure to maintain plan payments.
2. Debtors are delinquent in their payments pursuant to the terms of their proposed Chapter 13 plan.
3. Debtors request additional time to become current in their plan payments, or in the alternative, convert the proceeding to a case under Chapter 7.
4. For the foregoing reasons, the Trustee's Motion to Dismiss should be denied.

WHEREFORE, the Debtors hereby object to the Motion to Dismiss and for all other relief just and proper in the premises.

Respectfully Submitted,

By:/s/ Mark S. Zuckerberg
Mark S. Zuckerberg #13815-49
429 N. Pennsylvania Street, Suite 100
Indianapolis, IN 46204
Filings@mszlaw.com

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following either by first class United States mail, postage prepaid or via electronic filing, this 16th day of September 2019:

U.S. Trustee
Joseph M. Black, Jr.

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg #13815-49