UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: ROGER NILES LAUDERBAUGH
LINDA SUE LAUDERBAUGH
DEBTOR                                                                         CASE NO: 19-90023-AKM-13

## NOTICE OF CONSULTATION REQUIREMENT

**NOTICE IS GIVEN** that pursuant to this court's General Order 10-0001, the Debtor's attorney or the Debtor, if not represented by an attorney, is required to make contact with the Chapter 13 Trustee concerning the Objection to the Motion to Dismiss Case by October 7, 2019. **Failure to make contact may result in the dismissal of this case without further notice or hearing.**

The Chapter 13 Trustee prefers E-mail contact. Below is the contact information for that purpose:

Trustee: Joseph M. Black, Jr.
E-mail: jmblack.mtd@trustee13.com

Dated: September 16, 2019

_/s/ Joseph M. Black, Jr
Joseph M. Black, Jr.,
Chapter 13 Standing Trustee
PO Box 846
Seymour, IN 47274
Phone: (812) 524-7211
Fax:    (812) 523-8838
E-mail: jmblack.mtd@trustee13.com

### CERTIFICATE OF NOTICE

I hereby certify that on September 16, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

LAW OFFICE OF MARK S ZUCKERBERG  filings@mszlaw.com
U.S. TRUSTEE                    ustpregion10.in.ecf@usdoj.gov

I further certify that on September 16, 2019, a copy of the foregoing document was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

ROGER NILES LAUDERBAUGH
PO BOX 726
NORTH VERNON  IN  47265-

LINDA SUE LAUDERBAUGH
PO BOX 726
NORTH VERNON  IN  47265-

_/s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee